United States District Court
Southern District of Texas

**ENTERED**
August 23, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRIS ARBOR | § |
| | § |
| v. | § C.A. No. 4:15-CV-02836 |
| | § |
| CHELSEA FOOD SERVICES and | § |
| UNITED AIRLINES, INC. | § |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Chris Arbor to dismiss all claims against Defendant United Airlines, Inc. (also incorrectly referred to as "Chelsea Food Services") with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Chris Arbor's Motion to Dismiss all claims against Defendant United Airlines, Inc. (also incorrectly referred to as "Chelsea Food Services") with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE.**

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and fees are to be borne by the party incurring same.

SIGNED this 23rd day of August, 2016.

_____
**UNITED STATES DISTRICT JUDGE**

2218796v.1